# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eddricco L. Brown-Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00142-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Mecklenburg County Health Department-Vital Records, et al, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2022 Order.

April 11, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court